IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GARETH BENJAMIN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) CLASS AND COLLECTIVE ACTION ) ) CASE NO. 1:22-CV-00166-TSB |
| v. | ) ) |
| DJGN LLC d/b/a TONY'S STEAKS & SEAFOOD, | ) JUDGE TIMOTHY S. BLACK ) ) JURY DEMAND |
| Defendant. | ) ) |

## PRELIMINARY CALENDAR ORDER

Plaintiff Gareth Benjamin, on behalf of himself and all others similarly situated (collectively, "Plaintiffs") and Defendant DJGN LLC d/b/a Tony's Steaks & Seafood ("Defendant") have moved the Court to enter a Preliminary Scheduling Order in order to facilitate an early effort at resolution. For good cause shown, the Parties' Joint Motion is GRANTED and the following deadlines shall apply:

1. Defendant shall file its Answer on or before July 1, 2022.

2. The Parties shall file a Joint Status Report notifying the Court of whether or not the parties have reached a settlement on or before July 21, 2022.

3. In the event the mediation does not result in a settlement, the parties shall confer and file a proposed schedule for the remainder of the litigation on or before July 21, 2022.

It is so ORDERED.

Entered this  22  day of   April   , 2022.

                                                 *s/Timothy S. Black*
                                                JUDGE TIMOTHY S. BLACK
                                                U.S. District Court for the Southern District of Ohio