IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GARETH BENJAMIN, JOHN HARLEY, CHRISTOPHER SULLIVAN, and AUSTIN BRADY, On Behalf of Themselves and All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> DJGN LLC, DJGN LEXINGTON, LLC, and DJGN INDY, LLC d/b/a TONY'S STEAKS & SEAFOOD <br><br> *Defendants*. | ) ) ) ) ) ) **CLASS AND COLLECTIVE ACTION** ) ) **CASE NO. 1:22-CV-00166-TSB** ) ) ) **JUDGE TIMOTHY S. BLACK** ) ) **JURY DEMAND** ) ) ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENTS OF PLAINTIFFS JOHN HARLEY, FRED SIEGELMAN, PAUL WILBURN, BRADLEY TUCKER, PATRICK GALLAWAY, ASHLIE OLSON, AND JOSEPH SACK AND FOR DISMISSAL OF THEIR CLAIMS WITH PREJUDICE**

Plaintiffs move this Court to enter an order: (1) approving the settlement agreements of Plaintiffs John Harley, Fred Siegelman, Paul Wilburn, Bradley Tucker, Patrick Gallaway, Ashlie Olson, and Joseph Sack (attached as Exhibit 1) as fair and reasonable settlements under the FLSA and the applicable state laws; and (2) dismissing their claims with prejudice.

As explained in the supporting Memorandum, these agreements were individually negotiated, provide each of the Plaintiffs with a recovery in excess of the wages they could have recovered under the FLSA's three-year statute of limitations, and Plaintiffs' counsel are not seeking any payment of attorneys' fees and costs in connection with the settlement of these individual Plaintiffs' claims.[1]

For these reasons, and the reasons set forth in the supporting Memorandum, the Court

---

[1] Plaintiffs' counsel seeks payment of their fees, costs, and expenses as part of the class and collective action settlement with Defendants that resolves claims for Defendants' servers during the applicable time periods covered by the claims in this lawsuit. Plaintiffs intend to move for approval of that settlement after this Motion is adjudicated.

1

should grant this Motion, which Defendants do not oppose.

Date: <u>February 3, 2023</u>2/3/2023<s>February 3, 2023</s>

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (TN Bar No. 24968) \***
**JOSHUA A. FRANK (TN Bar No. 33294) \***
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

**ROBERT E. DEROSE (OH Bar No. 0055214)**
**BRIAN R. NOETHLICH (OH Bar No. 0086933)**
BARKAN MEIZLISH DEROSE COX, LLP
4200 Regent Street, Suite 210
Columbus, OH 43219
Telephone: (614) 2214221
Facsimile: (614) 744-2300
bderose@barkanmeizlish.com
bnoethlich@barkanmeizlish.com

\* Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of *Plaintiffs' Unopposed Motion for Approval of Settlements of Plaintiffs John Harley, Fred Siegelman, Paul Wilburn, Bradley Tucker, Patrick Gallaway, Ashlie Olson, and Joseph Sack and for Dismissal of their Individual Claims with Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties as indicated below through the Court's ECF system on February 3, 20232/3/2023February 3, 2023:

      **VINCENT P. ANTAKI**
      REMINGER CO., LPA
      525 Vine Street, Suite 1500
      Cincinnati, OH 45202
      Telephone: (513) 721-1311
      Facsimile: (513) 721-2553
      vantaki@reminger.com

      *Attorney for Defendant*

      /s/ David W. Garrison
      DAVID W. GARRISON
      **BARRETT JOHNSTON**
         **MARTIN & GARRISON, LLC**