# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| GARETH BENJAMIN, CHRISTOPHER SULLIVAN, and AUSTIN BRADY, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) |
| *Plaintiffs*, | ) ) **CLASS AND COLLECTIVE ACTION** ) ) **CASE NO. 1:22-CV-00166-TSB** |
| v. | ) ) **JUDGE TIMOTHY S. BLACK** |
| DJGN LLC, DJGN LEXINGTON, LLC, and DJGN INDY, LLC d/b/a TONY'S STEAKS & SEAFOOD | ) ) **JURY DEMAND** ) ) |
| *Defendants*. | ) |

**PLAINTIFFS' UNOPPPOSED MOTION
FOR RULE 23 CLASS CERTIFICATION FOR SETTLEMENT PURPOSES, FOR
PRELIMINARY APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT, AND FOR
APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT**

Named Plaintiffs and proposed Class Representatives, Gareth Benjamin, Christopher Sullivan, and Austin Brady ("Named Plaintiffs") and Defendants DJGN LLC, DJGN Lexington, LLC, and DJGN Indy, LLC ("Defendants") have entered into a written settlement agreement (attached as Exhibit A) (the "Settlement") that resolves the pending state law claims (under Ohio, Kentucky, and Indiana state law) on a Rule 23 class basis and federal claims under the Fair Labor Standards Act ("FLSA") on a collective basis, subject to this Court's approval. Named Plaintiffs now move this Court for an Order approving the collective FLSA settlement, granting Rule 23 class certification for settlement purposes, and preliminarily approving the parties' proposed Rule 23 class settlement. Specifically, Named Plaintiffs seek an order granting the following relief:

1

First, Named Plaintiffs move for approval of the resolution of their FLSA claims, in accordance with 29 U.S.C. § 216(b).

Second, Named Plaintiffs move for certification, for settlement purposes only, of settlement classes pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3) of three settlement classes (collectively, the "Rule 23 Classes"). The settlement classes consist of current and former employees of Defendants who worked as servers and who earned less than the applicable federal and state minimum wage rates per hour and received customer tips (herein referred to as "Servers") at the Tony's Steaks & Seafood restaurants ("Tony's") in Cincinnati, Ohio; Lexington, Kentucky; and Indianapolis, Indiana. Specifically, the Rule 23 Classes include the following individuals:

> All current and former Servers of Defendant DJGN LLC at its Cincinnati, Ohio restaurant who worked at least one workweek as a Server at any time from March 30, 2019 through July 1, 2022;

(the "Rule 23 Ohio Class");

> All current and former Servers of Defendant DJGN Lexington, LLC at its Lexington, Kentucky restaurant who worked at least one workweek as a Server at any time from March 3, 2017 to July 1, 2022;

(the "Rule 23 Kentucky Class"); and,

> All current and former Servers of Defendant DJGN Indy, LLC at its Indianapolis, Indiana restaurant who worked at least one workweek as a Server at any time from April 4, 2020 to July 1, 2022;

(the "Rule 23 Indiana Class").

Third, Named Plaintiffs respectfully request that this Court appoint, for settlement purposes only: (a) Named Plaintiff Gareth Benjamin as a Class Representative of the Rule 23 Ohio Class; (b) Named Plaintiff Christopher Sullivan as Class Representative of the Rule 23

Kentucky Class; and (c) Named Plaintiff Austin Brady as Class Representative of the Rule 23 Indiana Class.

<u>Fourth</u>, Named Plaintiffs respectfully request that the Court appoint, for settlement purposes only, the Plaintiffs' attorneys, David W. Garrison and Joshua A. Frank of Barrett Johnston Martin & Garrison, LLC as Class Counsel for the Rule 23 Classes.

<u>Fifth</u>, Named Plaintiffs move this Court for preliminary approval of the parties' Settlement of the Rule 23 Classes' claims, including approval of all aspects of the form and procedure for class notice and claims set forth therein.

<u>Sixth</u>, Named Plaintiffs respectfully request that this Court set a Fairness Hearing for final approval of the Settlement, consistent with the time frame set forth in the Proposed Order. Plaintiffs also request that this Court set a deadline for the filing of a motion for final approval and a motion for an award of attorneys' fees, costs, and expenses to Class Counsel.

Defendants do not oppose this requested relief, and therefore do not oppose this Motion. A Memorandum in Support of this Motion is filed simultaneously herewith. A proposed Order granting this requested relief has been submitted with this Motion.

Date: April 10, 2023                                  Respectfully submitted,

/s/ David W. Garrison
David W. Garrison (TN Bar No. 24968) *
Joshua A. Frank (TN Bar No. 33294) *
**BARRETT JOHNSTON MARTIN & GARRISON, LLC**
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

*Admitted Pro Hac Vice*

Robert E. DeRose (OH Bar No. 0055214)
Brian R. Noethlich (OH Bar No. 0086933)
**BARKAN MEIZLISH DEROSE COX, LLP**
4200 Regent Street, Suite 210
Columbus, OH 43219
Phone: (614) 221-4221
bderose@barkanmeizlish.com
bnoethlich@barkanmeizlish.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of *Plaintiffs' Unopposed Motion for Rule 23 Class Certification for Settlement Purposes, for Preliminary Approval of Rule 23 Class Action Settlement, and for Approval of FLSA Collective Action Settlement* was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties as indicated below through the Court's ECF system on April 10, 2023:

**VINCENT P. ANTAKI**
REMINGER CO., LPA
525 Vine Street, Suite 1500
Cincinnati, OH 45202
Telephone: (513) 721-1311
Facsimile: (513) 721-2553
vantaki@reminger.com

*Attorney for Defendant*

            /s/ David W. Garrison
            DAVID W. GARRISON
            **BARRETT JOHNSTON**
              **MARTIN & GARRISON, LLC**