# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ESTATE OF GARETH BENJAMIN, JOHN HARLEY, CHRISTOPHER SULLIVAN, and AUSTIN BRADY, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) ) CLASS AND COLLECTIVE ACTION ) ) CASE NO. 1:22-CV-00166-TSB ) |
| *Plaintiffs*, | ) ) JUDGE TIMOTHY S. BLACK |
| v. | ) ) JURY DEMAND |
| DJGN LLC, DJGN LEXINGTON, LLC, and DJGN INDY, LLC d/b/a TONY'S STEAKS & SEAFOOD | ) ) ) ) |
| *Defendants*. | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT, FOR PAYMENT OF ATTORNEYS' FEES, COSTS, AND EXPENSES, AND FOR ENTRY OF JUDGMENT

On May 3, 2023, this Court granted Plaintiff's Unopposed Motion for Rule 23 Class Certification for Settlement Purposes, for Preliminary Approval of Rule 23 Class Action Settlement, and for Approval of FLSA Collective Action Settlement (Doc. No. 44), ordering that, *inter alia*:

- The Parties' resolution of the FLSA claims set forth in the Settlement Agreement between the Parties (Doc. No 40-1) (the "Settlement") represents a fair and reasonable resolution of *bona fide* disputes regarding the FLSA claims asserted, and all forms and procedures for notice of the FLSA settlement set forth in the Settlement, and, therefore, the FLSA Settlement, are approved.

- The following proposed Rule 23 Classes are preliminarily certified for settlement purposes only, pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), consisting of: all current and former Servers of Defendant DJGN LLC at its Cincinnati, Ohio restaurant who worked as a Server at any time from March 30, 2019 through July 1, 2022 (the "Rule 23 Ohio Class"); all current and former Servers of Defendant DJGN Lexington, LLC at its Lexington, Kentucky restaurant who worked as a Server at any time from March 3, 2017 to July 1, 2022 (the "Rule 23 Kentucky Class"); and all current and former Servers of

Defendant DJGN Indy, LLC at its Indianapolis, Indiana restaurant who worked as a Server at any time from April 4, 2020 to July 1, 2022 (the "Rule 23 Indiana Class")" (collectively, the "Rule 23 Classes").

- For settlement purposes only, Named Plaintiff Gareth Benjamin, as named in the Settlement Agreement between the Parties (Doc No. 40-1), is appointed as the Class Representative for the Rule 23 Ohio Class.[1]

- For settlement purposes only, Named Plaintiff Christopher Sullivan, as named in the Settlement Agreement between the Parties (Doc No. 40-1), is appointed as the Class Representative for the Rule 23 Kentucky Class.

- For settlement purposes only, Named Plaintiff Austin Brady, as named in the Settlement Agreement between the Parties (Doc No. 40-1), is appointed as the Class Representative for the Rule 23 Indiana Class.

- David W. Garrison and Joshua A. Frank of Barrett Johnston Martin & Garrison, LLC are appointed as Class Counsel. (Doc. No. 44).[2]

- The settlement of the Rule 23 Class claims set forth in the Settlement Agreement between the Parties (Doc. No 40-1) and the settlement reflected in that agreement are preliminarily approved. (Doc. No. 44).

- This matter is set for a Fairness Hearing on October 30, 2023, at 1:00 p.m., at which the Court will consider final approval of the Settlement. (Doc. No. 44).

- The issuance of a Notice of Settlement of Class Action Lawsuit to the Rule 23 Classes (Doc. 40-1 at 27-30) and Claim Form (Doc. 40-1 at 24-25) (collectively "Notice Materials") were approved in substance. (Doc. No. 44).

As explained in the Memorandum in Support of this Motion, during the Rule 23 Class notice period there were no objections or exclusion requests by members of the Rule 23 Classes. There was also excellent Rule 23 Class member participation, with a total of 131 of 173 Rule 23 Class members (*i.e.*, 76%) claiming approximately 88% of the settlement funds.

---

[1] Since the issuance of this Court's Order approving Plaintiffs' Unopposed Motion for Preliminary Approval (Doc. No. 40), Named Plaintiff and Class Representative Gareth Benjamin passed away. Plaintiffs sought to substitute his estate as a class representative, (Doc. No. 45), which this Court granted via Notation Order on June 22, 2023.

[2] The law firm of Barrett Johnston Martin & Garrison, LLC is now Barrett Johnston Martin & Garrison, PLLC. (Doc. No. 46).

Plaintiffs now request that the Court issue an Order finally certifying the requested Rule 23 Classes and approving the Settlement. Additionally, Plaintiffs request that this Court approve attorneys' fees, costs, and expenses.

Defendants do not oppose this Motion. A Memorandum in Support of this Motion has been submitted herewith.

Date: October 16, 2023

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (TN Bar No. 24968) \***
**JOSHUA A. FRANK (TN Bar No. 33294) \***
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Avenue North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

*\* Admitted Pro Hac Vice*

**ROBERT E. DEROSE (OH Bar No. 0055214)**
**BRIAN R. NOETHLICH (OH Bar No. 0086933)**
Barkan Meizlish Derose Cox, LLP
4200 Regent Street, Suite 210
Columbus, OH 43219
Phone: (614) 221-4221
bderose@barkanmeizlish.com
bnoethlich@barkanmeizlish.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this *Plaintiffs' Unopposed Motion for Final Approval of Rule 23 Class Action Settlement, for Payment of Attorneys' Fees, Costs, and Expenses, and for Entry of Judgment* was filed electronically with the Clerk's office by using the CM/ECF system and served on the following counsel for Defendants as listed below on October 16, 2023.

**VINCENT P. ANTAKI**
REMINGER CO., LPA
525 Vine Street, Suite 1500
Cincinnati, OH 45202
Telephone: (513) 721-1311
Facsimile: (513) 721-2553
vantaki@reminger.com
*Attorney for Defendants*

                                          /s/ David W. Garrison
                                          DAVID W. GARRISON
                                          **BARRETT JOHNSTON**
                                                **MARTIN & GARRISON, PLLC**