AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| GARETH BENJAMIN, *on behalf of himself and all others similarly situated, et al.* ) | |
| *Plaintiffs* ) | |
| v. ) | Civil Action No. 1:22-cv-166 |
| DJGN LLC, d/b/a TONY'S STEAKS & SEAFOOD, *et al.* ) | |
| *Defendants* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Plaintiffs' Motion for Final Approval of Rule 23 Class Action Settlement, for Payment of Attorneys' Fees, Costs, and Expenses, and for Entry of Final Judgment (Doc. 47) is GRANTED; and this case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** Timothy S. Black, U.S. District Judge on a motion for Settlement (Doc. 47).

Date: 11/13/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*